UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHELE OLSEN | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 16-CV-06553 |
| | ) | |
| v. | ) | Hon. Judge John J. Tharp, Jr. |
| | ) | |
| KENNETH YOUNG CENTER  and | ) | |
| SUSAN E. COWEN. | ) | Magistrate Judge Susan Cox |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled in principal.  This cause shall be dismissed without prejudice and each party bearing its own costs and attorneys' fees.  The dismissal without prejudice shall automatically convert to a dismissal with prejudice on October 21, 2016 unless a Motion to Vacate or Stay Dismissal with prejudice is filed on or before October 21, 2016.


/s/ Glenn R. Gaffney_____                    /s/ Paige M.Neel_____
Glenn R. Gaffney

   Paige M. Neel
   Clausen Miller PC
Gaffney & Gaffney P.C.                             10 S. LaSalle St.
1771 Bloomingdale Road
Glendale Heights, IL 60139                         Chicago , Illinois 60606
(630) 462-1200                                     (312)  606-7852



DATE:   September 13, 2016                        DATE:  September 13, 2016

1